IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARY RITA FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-121-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Plaintiff, Mary Rita Flores, filed the instant civil action on February 17, 2015, naming as defendant Carolyn W. Colvin, Acting Commissioner of Social Security. In conjunction with her complaint, plaintiff also filed a motion to proceed in forma pauperis. The United States Magistrate Judge on February 18, 2015, issued his findings and conclusions that plaintiff had sufficient financial resources available to pay the required filing fee, and recommended that plaintiff's application to proceed in forma pauperis be denied. The magistrate judge also recommended that plaintiff be required to pay the full filing and administrative fees of $400.00 within seven days of the date the court ruled on any objections plaintiff may have to the magistrate judge's report and recommendations.

The magistrate judge ordered plaintiff by March 11, 2015, to file any objections she had to his findings and conclusions or to his recommendation. As of the date this order is signed, plaintiff has filed nothing in response to the magistrate judge's order.

Therefore,

The court accepts the recommendations of the magistrate judge and ORDERS that plaintiff's motion to proceed in forma pauperis be, and is hereby, denied.

The court further ORDERS that plaintiff by 4:00 p.m. on March 20, 2015, pay to the Clerk of the court the full filing and administrative fees of $400.00.

The court further ORDERS that failure of plaintiff to comply with the terms of this order may result in the dismissal of this action without further notice as a sanction or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED March 12, 2015.

_____
JOHN McBRYDE
United States District Judge